## Marino Condemnation Case.

Argued November 13, 1968; reargument refused December 30, 1968. *Miles Warner*, for appellant; *Davis G. Yohe*, attorney for the Commonwealth, *Guy S. Mamolito*, Assistant Attorney General, *John Rezzolla*, Deputy Attorney General, and *William C. Sennett*, Attorney General, for Commonwealth, Department of Highways, appellee.

Order affirmed.

## Parris *v.* Murphy, Inc., Appellant.

Argued September 10, 1968. *David F. Kaliner*, for appellant; *Joseph D. Shein*, for appellee.

Order affirmed.